IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICAH A. SPENCE                                                                    PLAINTIFF

v.                               No. 4:14-cv-524-DPM

CAROLYN FLOYD and
SHAREDA RODGERS                                                                DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

22 September 2014